ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7315
 Fax: (916) 324-5205
 E-mail: Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendants*
*K. Clark and C. Bell*

Greg W. Garrotto, State Bar #89542
LAW OFFICES OF GREG W. GARROTTO
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax: 310-229-9209
E-Mail: jjggarrotto@msn.com
*Attorneys for Plaintiff Leroy Freeman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEROY FREEMAN,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**CLARK, et al.,** | 1:21-cv-00611-NONE-JLT<br><br>**STIPULATION AND ORDER TO VACATE AND RESET SCHEDULING CONFERENCE**<br>(Doc. 9) |

A scheduling conference in this case is currently set for July 12, 2021, and the parties are required to submit a joint scheduling report by July 5, 2021. (ECF No. 4.) Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, by and through their respective counsel

1

of record, request that the scheduling conference and deadline for submitting a joint scheduling report be vacated and reset to sometime after a defendant has filed an answer in this action.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see also, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609.

Good cause exists here because Defendants Clark and Bell, who are both being sued in their official capacities, have filed a motion to dismiss, asserting, among other things, Eleventh Amendment immunity. (ECF No. 7.) Until the Court rules on the motion to dismiss and the pleadings are settled, the parties cannot properly prepare an accurate joint scheduling report or effectively participate in a scheduling conference.

/ / /

/ / /

/ / /

Based on the foregoing, the parties stipulate as follows: the scheduling conference currently set for July 12, 2021, and the deadline for the parties to submit a joint scheduling report, be vacated. The scheduling conference be reset to sometime after any defendant files an answer in this action.

**IT IS SO STIPULATED.**

Dated: June 23, 2021                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ JOSEPH R. WHEELER*

JOSEPH R. WHEELER
Supervising Deputy Attorney General
*Attorneys for Defendants*
*K. Clark and C. Bell*

Dated: June 23, 2021                                    Respectfully submitted,

LAW OFFICES OF GREG W. GARROTTO

*/s/ Greg W. Garrotto* [1]

Greg W. Garrotto
*Attorneys for Plaintiff Leroy Freeman*

## ORDER

Based upon the above stipulation of the parties, and good cause appearing, the scheduling conference set for July 12, 2021, is CONTINUED to **October 25, 2021** at 8:30 a.m. A joint scheduling conference report shall be filed at least one week before.

IT IS SO ORDERED.

Dated:   **June 23, 2021**                    _____/s/ Jennifer L. Thurston
                                             CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] As authorized via e-mail on June 23, 2021.

3