ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7315
 Fax: (916) 324-5205
 E-mail: Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendants*
*K. Clark and C. Bell*

Greg W. Garrotto, State Bar #89542
LAW OFFICES OF GREG W. GARROTTO
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax: 310-229-9209
E-Mail: jjggarrotto@msn.com
*Attorneys for Plaintiff Leroy Freeman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEROY FREEMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CLARK, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:21-cv-00611-NONE-JLT<br><br>**STIPULATION AND ORDER TO VACATE AND RESET SCHEDULING CONFERENCE**<br>(Doc. 18) |

　　　A scheduling conference in this case is currently set for October 25, 2021, and the parties are required to submit a joint scheduling report by October 18, 2021.  (ECF No. 10.)  Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, by and through their

1

1   respective counsel of record, request that the scheduling conference and deadline for submitting a
2   joint scheduling report be vacated and reset to sometime after a defendant has filed an answer in
3   this action.
4         A scheduling order may be modified only upon a showing of good cause and by leave of
5   Court.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see also, e.g., Johnson v. Mammoth Recreations, Inc.*,
6   975 F.2d 604, 609.  Good cause exists here because the pleadings are not yet settled and new
7   parties have been brought into the action who have not yet been served.
8         On September 22, 2021, the Court granted Defendants Clark and Bell's motion to dismiss
9   the Complaint with leave to amend.  (ECF No. 15.)  Plaintiff filed a First Amended Complaint on
10  October 13, 2021, which names not only Clark and Bell, but also six additional defendants.
11  These additional defendants have yet to be served with the Summons and Complaint.  Moreover,
12  Clark and Bell expect to file a motion to dismiss the First Amended Complaint under Rule
13  12(b)(6).  Until the Court rules on this motion to dismiss, the new defendants are served, and the
14  pleadings are settled, the parties cannot properly prepare an accurate joint scheduling report or
15  effectively participate in a scheduling conference.
16  / / /
17  / / /
18  / / /

Based on the foregoing, the parties stipulate as follows:  the scheduling conference currently set for October 25, 2021, and the deadline for the parties to submit a joint scheduling report, be vacated.  The scheduling conference be reset to sometime after any defendant files an answer in this action.

**IT IS SO STIPULATED.**

Dated:  October 15, 2021                    Respectfully submitted,

                                                  XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

***/s/ JOSEPH R. WHEELER***

JOSEPH R. WHEELER
Supervising Deputy Attorney General
*Attorneys for Defendants*
*K. Clark and C. Bell*

Dated:  October 15, 2021                    Respectfully submitted,

LAW OFFICES OF GREG W. GARROTTO

*/s/ Greg W. Garrotto* [1]

Greg W. Garrotto
*Attorneys for Plaintiff Leroy Freeman*

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing, the scheduling conference set for October 25, 2021, is **CONTINUED** to **February 7, 2022 at 9:00 a.m.**  The joint scheduling conference report shall be filed at least one week prior to conference.

IT IS SO ORDERED.

Dated:   **October 15, 2021**            _____ **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] As authorized via e-mail on October 15, 2021.