UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY FREEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00611-JLT-EPG (PC)<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO ORDER AND REQUEST FOR RECONSIDERATION**<br><br>(Doc. 36) |

      October 25, 2021, defendants Clark and Bell filed a motion to dismiss. (Doc. 20). On September 22, 2022, the assigned magistrate judge issued findings and recommendations, recommending that the motion be granted. (Doc. 35). The assigned magistrate judge noted that the parties could file written objections, and that "[s]uch a document should be captioned 'Objections to Magistrate Judge's Findings and Recommendations.'" (*Id.* at 15). On September 24, 2022, Plaintiff filed a request for reconsideration by the undersigned of the magistrate judge's "order," (Doc. 36), which is now before the Court.

      Plaintiff appears to have filed his objections and motion for reconsideration pursuant to Rule 72(a), which allows parties to object to non-dispositive orders issued by the magistrate judge.[1] However, the assigned magistrate judge did not issue an order. She issued findings and

---

[1] Plaintiff states, including in the title of his motion, that he is objecting to an order and asking for reconsideration of

1

1  recommendations.  As the assigned magistrate judge did not issue an order suitable for
2  reconsideration under Federal Rule of Civil Procedure 72(a), the Court will overrule Plaintiff's
3  objections.  The undersigned notes that Plaintiff may still file objections to the findings and
4  recommendations within the applicable deadline, and the undersigned will conduct a *de novo*
5  review.  Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the
6  magistrate judge's disposition that has been properly objected to.  The district judge may accept,
7  reject, or modify the recommended disposition; receive further evidence; or return the matter to
8  the magistrate judge with instructions."); *see also* 28 U.S.C. § 636(b)(1).

   Accordingly, Plaintiff's objections to the magistrate judge's order, (Doc. 36), are overruled.

IT IS SO ORDERED.

   Dated:  **September 26, 2022**

   _____
   UNITED STATES DISTRICT JUDGE

---

that order.  Additionally, Plaintiff's document is not titled "Objections to Magistrate Judge's Findings and Recommendation," as ordered by the Court.  Finally, Plaintiff cites to the "clearly erroneous or contrary to law standard," (Doc. 36, p. 2), which is the standard governing objections to a non-dispositive order under Federal Rule of Civil Procedure 72(a).