1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   LEROY FREEMAN,                        | Case No. 1:21-cv-00611-JLT-CDB (PC)

12           Plaintiff,                    | ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
13       v.

14   KEN CLARK, et al.,                    | (Docs. 20 & 35)

15           Defendants.                   | ORDER DISMISSING DEFENDANTS
                                             CLARK AND BELL
16

17        On October 25, 2021, defendants Clark and Bell filed a motion to dismiss the claims

18   against them in Freeman's First Amended Complaint.  (Doc. 20).[1]  On September 22, 2022,

19   Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that

20   "Defendants' motion to dismiss (Doc. 20) be GRANTED," and that "[d]efendants Clark and Bell

21   be dismissed from this action, without further leave to amend."  (Doc. 35 at 15.)  The deadline to

22   file objections has passed, and neither party has filed objections to the findings and

23   recommendations.[2]

24

25   [1] In the First Amended Complaint, Freeman lists numerous other defendants who are allegedly responsible for
     violating Freeman's rights.  (Doc. 16 at 2-3.)  However, the only defendants who moved to dismiss were defendants
26   Clark and Bell.

     [2] Freeman filed objections in a motion for reconsideration pursuant to Federal Rule of Civil Procedure 72(a), which
27   the Court overruled because Judge Grosjean did not enter an order suitable for reconsideration under Rule 72(a).
     (Doc. 37).  Despite having an opportunity to do so (*id.* at 2), Freeman did not file objections to the findings and
28   recommendations after his objections in the motion for reconsideration were overruled. Even if the Court were to
     consider these objections, none change the outcome.

                                              1

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on September 22, 2022 (Doc. 35), are **ADOPTED IN FULL.**

2.  Defendant Clark and Bell's motion to dismiss (Doc. 20) is **GRANTED**.

3.  Defendants Clark and Bell are dismissed from this action, without further leave to amend.[3]

4.  The Clerk of Court is directed to terminate defendants Clark and Bell on the Court's docket.

5.  This case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **November 7, 2022**

UNITED STATES DISTRICT JUDGE

---

[3] Nothing in this order prevents Freeman from moving for leave to amend the complaint based on facts uncovered during discovery.