UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CONALL MCCABE, *et al*.,<br><br>    Defendants. | Case No. 1:21-cv-00611-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING NON-EXPERT DISCOVERY DEADLINE<br><br>(Doc. 47) |

On April 12, 2021, Plaintiff Leroy Freeman initiated this action with the filing of a complaint. (Doc. 1). On December 15, 2022, the Court issued a scheduling order setting case management dates. (Doc. 43).

Pending before the Court is the parties' first stipulated request to amend the nonexpert discovery deadline. (Doc. 47). The parties represent an extension is warranted to accommodate counsel and witness availability to complete ongoing written discovery and depositions.

The Court finds good cause to grant the parties' request but makes two observations. First, the Scheduling Order in this action makes clear that requests to extend case management dates "**will not be considered unless they are accompanied by affidavits or declarations**." (Doc. 43 at 7) (emphasis in original). No attorney declarations were submitted in connection with the instant request for modification of the scheduling order. The Court relieves the parties of compliance with this requirement here given the timeliness of the submission and the brief

1

extension requested.  While the Court disfavors requests to modify case management dates, the Court expects any future requests to comply with this requirement.

Second, the Court's finding of good cause is grounded largely in the parties' representations that (1) they have completed some depositions already, and (2) they do not seek to modify other case management dates.  The Court encourages counsel to promptly investigate witness availability and notice anticipated depositions timely in order to ensure nonexpert discovery is completed within the extended time granted.

Accordingly, it is HEREBY ORDERED:

1. The non-expert discovery deadline is extended from October 1, 2023, to **December 15, 2023**; and

2. All other case management dates (Doc. 43) remain unchanged.

IT IS SO ORDERED.

Dated: **September 20, 2023**

UNITED STATES MAGISTRATE JUDGE