UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY FREEMAN ,<br><br>          Plaintiff,<br><br>     v.<br><br>CONALL MCCABE, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00611-JLT-CDB<br><br>**ORDER ON STIPULATION TO SUBSTITUTE DEFENDANTS**<br><br>(Doc. 57) |

On March 28, 2024, counsel for the parties filed a stipulation for order substituting the California Department of Corrections and Rehabilitation in place of presently named Defendants Conall McCabe M.D., Khin Aye M.D., Annette Williams R.N., Catherine Nacar R.N., Shaun Autrey R.N., and Cony Bencito.  (Doc. 57).

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the California Department of Corrections and Rehabilitation be added as a Defendant in this action and is substituted in place of Defendants Conall McCabe M.D., Khin Aye M.D., Annette Williams R.N., Catherine Nacar R.N., Shawn Autrey R.N., and Cony Bencito.

And IT IS FURTHER ORDERED, based on the supporting declaration of Plaintiff's counsel attesting that the parties have settled this matter in its entirety (*id.* at 3), pursuant to Local Rule 160(b), the parties SHALL FILE dispositional documents by no later than **April 18, 2024**.

IT IS SO ORDERED.

Dated:   **March 28, 2024**                              _____
                                                                                           UNITED STATES MAGISTRATE JUDGE