**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY FREEMAN, | Case No. 1:21-cv-00611 JLT CDB (PC) |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS AND TO CLOSE CASE |
| v. | (Doc. 69) |
| KEN CLARK, et al., | |
| Defendants. | |

The parties have filed a Stipulation to Dismiss After Settlement executed by counsel of record. (Doc. 69.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the dismissal operates automatically without the need for Court approval. At the parties' request, the Court will retain jurisdiction to enforce the settlement for 90 days from the date of this Order.

The Clerk of Court is directed to terminate any pending deadlines and hearings and to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **August 16, 2024**

_____
UNITED STATES DISTRICT JUDGE

1